IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| GEORGE ARROYO, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-001 |
| | ) | |
| STATE OF GEORGIA; TYRONE OLIVER, Commissioner of the Department of Corrections; MR. CHAMBERS, Warden of Johnson State Prison; JOHN DOE, Deputy Warden of Care and Treatment of Johnson State Prison; and JANE DOE, Officer at Johnson State Prison, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, incarcerated at Hays State Prison, is proceeding *pro se* and *in forma pauperis* in this case filed pursuant to 42 U.S.C. § 1983, concerning events alleged to have occurred at Johnson State Prison in Wrightsville, Georgia. On February 13, 2024, the Court recommended dismissing the case without prejudice because Plaintiff failed to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms. (See doc. no. 5.) Prompted by the recommendation for dismissal, Plaintiff has now submitted the required financial papers. (See doc. nos. 7, 8.) Although the Court does not condone Plaintiff's failure to timely comply with the Court's prior order, in an abundance of caution, the Court **VACATES** its February 13, 2024 recommendation for dismissal. (Doc. no. 5.) The Court will screen Plaintiff's complaint, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), in its normal course of business.

As Plaintiff has now furnished a certified copy of his trust fund account statement and has consented to the collection in installments of the $350.00 filing fee and any costs from his prison trust account, and based on the information furnished by Plaintiff, the Court has determined that he has insufficient funds to pay any initial filing fee.

**IT IS ORDERED** that Plaintiff's custodian or his designee shall set aside twenty percent (20%) of all deposits to Plaintiff's trust fund account and forward those funds to the Clerk each time the set aside amount exceeds $10.00 until the $350.00 filing fee has been paid in full.

**IT IS FURTHER ORDERED** that all payments shall be designated as made in payment of the filing fee for Civil Action No. 324-001. In the event Plaintiff is transferred to another institution, Plaintiff's present custodian shall forward a copy of this Order and all financial information concerning payment of the filing fee and costs in this case to Plaintiff's new custodian. The balance due from Plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this Order.

The Clerk of Court is **DIRECTED** to serve this Order on Plaintiff and Plaintiff's custodian (warden).

SO ORDERED this 23rd day of February, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA