IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| GEORGE ARROYO, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 324-001 |
| | ) |
| STATE OF GEORGIA; TYRONE OLIVER, Commissioner of the Department of Corrections; MR. CHAMBERS, Warden of Johnson State Prison; JOHN DOE, Deputy Warden of Care and Treatment of Johnson State Prison; and JANE DOE, Officer at Johnson State Prison, | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this ___ day of April, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE